UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 11294 MEL

CIVIL ACTION NO:

MADALENA TEIXEIRA, )
    Plaintiff )
 )
v.    MAGISTRATE JUDGE _____ )   **COMPLAINT AND JURY CLAIM**
 )
JOSE E. VEIZAGA-MENDEZ, M.D. )
    Defendants )
 )

RECEIPT # 65116
AMOUNT $ 250
SUMMONS ISSUED 40
LOCAL RULE
WAIVER FORM
MCF ISSUED
BY DPTY CLK

## THE PARTIES

1. The Plaintiff, Madalena Teixeira, currently resides at 28 Sleepy Hollow Drive, Cumberland, State of Rhode Island.

2. The Defendant, Jose E. Veizaga-Mendez, M.D., at all times material was a physician licensed to practice medicine in the Commonwealth of Massachusetts and maintained an office to practice medicine at 205 Chauncy Street, Mansfield, Bristol County, Commonwealth of Massachusetts.

## JURISDICTION

3. Jurisdiction is based upon the provisions of 28 U.S.C., section 1332 on the grounds that the Plaintiff, Madalena Teixeira, is a resident of the State of Rhode Island and the Defendant, Jose E. Veizaga-Mendez, M.D. practices medicine and has a principal place of business in the Commonwealth of Massachusetts. There is the substantial likelihood that the damages in the matter will exceed $75,000.00.

## **THE FACTS**

4. On or about July 3, 2002, the Defendant Jose E. Veizaga-Mendez, M.D., undertook the care and treatment of the Plaintiff, Madalena Teixeira.

5. In so caring and treating the Plaintiff, Madalena Teixeira, the Defendant, Jose E. Veizaga-Mendez, M.D., owed to the Plaintiff, Madalena Teixeira, the duty of using the care and skill of the average qualified member of the profession practicing the specialties practiced by the Defendant, Jose E. Veizaga-Mendez, M.D.

6. On or about July 3, 2002, and at various times thereafter, while the Plaintiff, Madalena Teixeira, was being cared for and treated by the Defendant, Jose E. Veizaga-Mendez, in violation of the duty owed to the Plaintiff, MadalenaTeixeira, so carelessly, negligently and unskillfully treated Madalena Teixeira during and following a laparoscopic cholecystectomy that the Plaintiff, Madalena Teixeira, was caused to sustain serious bodily injury, pain, and anguish as a result of the Defendant, Jose E. Veizaga-Mendez, M.D.'s failure to properly identify and preserve the integrity of the Plaintiff's common bile duct during a laparoscopic cholesectomy resulting in the need for subsequent surgical procedures, which resulted in significant and debilitating complications and pain and suffering as well as other financial losses.

7. The Defendant, Jose E. Veizaga-Mendez, M.D., negligently, carelessly and/or unskillfully cared for and treated the Plaintiff, Madalena Teixeira as follows:

   a. negligent failure to follow the standard of care and skill of the average qualified member of the profession practicing the specialties practiced

    by the Defendant, Jose E. Veizaga-Mendez, M.D., taking into account advancements in the profession;

b. negligent failure to diagnose or adequately diagnose the condition, the medical problems and/or their complications, of the Plaintiff, Madalena Teixeira;

c. negligent failure to treat or adequately treat the conditions, the medical problems and/or their complications, of the Plaintiff, Madalena Teixeira;

d. negligent failure to prescribe or administer or to have administered, or to have prescribed tests, medications or therapies as needed for the treatment of the Plaintiff, Madalena Teixeira; and

e. negligent failure to respond to the symptoms experienced by the Plaintiff, Madalena Teixeira.

## CAUSES OF ACTION

(Each cause of action incorporates by reference each and every paragraph herein before set forth.)

## FIRST CAUSE OF ACTION

8. This is a Cause of Action by the Plaintiff, Madalena Teixeira, for negligence against the Defendant, Jose E. Veizaga-Mendez, M.D., for personal injuries.

## DEMANDS FOR JUDGMENT

9. The Plaintiff, Madalena Teixeira, demands judgment against the Defendant, Jose E. Veizaga-Mendez, M.D., with interest and costs as to the First Cause of Action.

## JURY CLAIM

The Plaintiffs claim trial by jury as to all Causes of Action.

                                        The Plaintiff,
                                        by her attorneys,

_____
Kenneth W. Halpern, Esq.
Kenneth Halpern & Associates
233 Needham Street
Newton, MA  02164
(617) 244-2100
fax:  (617) 244-0830

Date:  6/11/05

_____
Barry Lang, Esq.
Barry Lang, M.D. & Associates
One State Street
Boston, MA  02109
(617) 720-0176
Fax:  (617) 720-1184

Date:  6/11/11