UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MADALENA TEIXEIRA )<br>    Plaintiff )<br> )<br>v. )<br> )<br>JOSE E. VEIZAGA-MENDEZ, M.D. )<br>    Defendant )<br> ) | CIVIL ACTION NO. 05-11294-MEL |

## **NOTICE OF APPEARANCE OF ZACHARY B. LANG, ESQ FOR THE PLAINTIFF**

To the Clerk of the above Court, and all counsel of record, please notice my appearance as counsel for the plaintiff:

    Zachary B. Lang, Esq.
    Barry D. Lang, M.D. & Associates
    1 State Street, Suite 1050
    Boston, MA 02109
    telephone 617-720-0176
    facsimile 617-720-1184
    email: zblang@lawdoctors.com

Respectfully submitted,
The Plaintiff,
By her Attorneys,


    /s/ Zachary B. Lang
Barry D. Lang, Esq., BBO # 565438
Zachary B. Lang, Esq.,  BBO # 652055
Barry D. Lang, M.D., & Associates
1 State Street, Suite 1050
Boston, MA  02109
617-720-0176

                      Dated: June 23, 2005