AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

Madalena Teixeira

v.

Jose E. Veizaga-Mendez, M.D.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11294 MEL**

TO: (Name and address of defendant)

Jose E. Veizaga-Mendez, M.D.
205 Chauncy Street
Mansfield, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109

Kenneth Halpern, Esq.
Kenneth Halpern & Associates
233 Needham Street
Newton, MA 02464

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 1 2005

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (*specify*): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date Signature of Server

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

***Bristol, ss.***

July 12, 2005

I hereby certify and return that on 7/7/2005 at 04:58 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet *in this action in the following manner. To wit, by delivering in hand to Cheryl McDonald, agent, person* in charge at the time of service for Jose E. Veizaga-Mendez, 205 Chauncy Street, Mansfield, MA 02048. Copies ($2.00), Conveyance ($4.50), Travel ($14.40), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $58.65

Deputy Sheriff

Deputy Sheriff Gerald P Bedard

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure