UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.  05-11294MEL

_____
                                              )
MADALENA TEIXEIRA,                            )
                            Plaintiff,         )
                                              )
v.                                            )
                                              )
JOSE E. VEIZAGA-MENDEZ, M.D.,                 )
                            Defendants.        )
_____)


**MOTION OF THE DEFENDANT, JOSE E. VEIZAGA-MENDEZ, M.D.,
FOR TRANSFER TO SUPERIOR COURT
<u>TO CONVENE A MEDICAL TRIBUNAL</u>**


Pursuant to M.G.L. c. 231, § 60B, the Defendant, Jose E. Veizaga-Mendez, M.D., hereby moves this Court to transfer this case to Massachusetts Superior Court for the limited purpose of convening a Medical Malpractice Tribunal.  In support thereof, the Defendant submits the attached memorandum.

## REQUEST FOR ORAL ARGUMENT

The Defendant requests that the Court schedule an oral argument to hear this matter.

The Defendant,
JOSE E. VEIZAGA-MENDEZ, M.D.
By his Attorneys,

/s/John R. Pelletier
Sidney W. Adler, BBO #012660
John R. Pelletier, BBO #647102
ADLER, COHEN, HARVEY,
 WAKEMAN & GUEKGUEZIAN, LLP
75 Federal Street, 10th Floor
Boston, Massachusetts 02110
(617) 423-6674