UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MADALENA TEIXEIRA**
    Plaintiff

                                          CIVIL ACTION NO. 05-11294-MEL

v.

**JOSE E. VEIZAGA-MENDEZ, M.D.**
    Defendant

## ORDER REMANDING CASE FOR MEDICAL MALPRACTICE TRIBUNAL

**LASKER, S.D.J.**

    The Motion to Transfer to Superior Court for a Medical Malpractice Tribunal (#40) filed defendant Jose E. Veizaga-Mendez, M. D. having been Allowed, the above captioned matter is hereby ORDERED REFERRED to the Superior Court for the sole purpose of a Medical Malpractice Tribunal.

    Under customary Clerk's Office policy in this Court, the original file in this Court does not itself get transferred to the Superior Court, but rather, the **defendant** is responsible for the copying and transmission of the relevant pleadings to the Suffolk Superior Court.

    **The defendant is hereby directed to take immediate action to ensure that the Medical Malpractice Tribunal is scheduled FORTHWITH .**

    Upon completion of all proceedings before the Medical Malpractice Tribunal, the parties shall file a STATUS REPORT with this Court, with proposals for further proceedings in this case.

                                                                    By the Court,

                                                                    /s/ George H. Howarth
**DATED: August 30, 2005**                                   Deputy Clerk