05-CV-11294-MEL

**Commonwealth of Massachusetts**
County of Suffolk
The Superior Court

6-20

Notify

CIVIL DOCKET# SUCV2005-04697

Madalena Teixeira
vs.
Jose E Veizaga-Mendez MD

### FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on 06/19/2006, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff(s) _____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant(s) _____ because the plaintiff(s) _____ action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorneys fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, withing his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: 06/19/2006

Justice of the Superior Court

_____
Associate Justice of the Superior Court Dept.

Legal Member:
_____
Attorney - Tribunal Member

Medical Member:
_____
*Physician - Tribunal Member
*Health Care Provider - Tribunal Member

*strike inapplicable words

cm

notice sent 6/20/06
J.R.P.
S.W.A.--A C H W G
B.L.--B.L.M.D.
K.W.H.-- K H ASSOC.
B.O.M.
U.S.D.C.       (mm)

I HEREBY ATTEST AND CERTIFY ON June 20, 2006, THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE, AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

By: Lorraine A. Antoca
asst. clerk