UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-11294-MEL

| | |
|---|---|
| MADALENA TEIXEIRA,<br>   Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| JOSE E. VEIZAGA-MENDEZ, M.D.<br>   Defendant | )<br>)<br>) |

UNITED STATES DISTRICT COURT
CERTIFICATION

We, Madalena Teixeira and Attorney Ellen Mason, hereby certify that we have conferred regarding the following:

   a)    establishing a budget for the costs of this litigation; and

   b)    the possibility of utilizing alternative dispute resolution programs.

*Kenneth W. Halpern*
Kenneth W. Halpern, Esq.
Kenneth Halpern & Associates
233 Needham Street
Newton, MA 02464
(617) 244-2100

Date: 8/16/06

*Madalena C. Teixeira*
Madalena Teixeira
16 Silva Street
Cumberland, RI 02864

Date: 8/12/06