UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11294MEL

|  |  |
|---|---|
| MADALENA TEIXEIRA,<br>                Plaintiff,<br><br>v.<br><br>JOSE E. VEIZAGA-MENDEZ, M.D.,<br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THE ABOVE NAMED COURT*:

      Please enter the appearance of Jennifer Boyd Herlihy as counsel for the defendant, Jose E. Veizaga-Mendez, M.D., in the above-entitled case.

                                    The Defendant,
                                    JOSE E. VEIZAGA-MENDEZ, M.D.
                                    By his Attorneys,

                                    /s/ Jennifer Boyd Herlihy
                                    Jennifer Boyd Herlihy, BBO #636815
                                    John R. Pelletier, BBO #647102
                                    Adler, Cohen, Harvey, Wakeman
                                          & Guekguezian, LLP
                                    75 Federal Street, 10th Floor
                                    Boston, MA 02110
                                    (617) 423-6674

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 2/5/07

5000-2104