UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11294MEL

| | |
|---|---|
| MADALENA TEIXEIRA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSE E. VEIZAGA-MENDEZ, M.D., | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL**

Please withdraw my appearance as counsel for the Defendant, Jose E. Veizaga-Mendez, M.D. in the above-entitled action. John R. Pelletier, Esquire, also of Adler, Cohen, Harvey, Wakeman & Guekguezian, LLP, will remain as counsel to the defendant on this case.

Respectfully Submitted,

/s/ Sidney W. Adler
Sidney W. Adler, BBO #012660
Adler, Cohen, Harvey,
 Wakeman & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674