UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MADALENA TEIXEIRA )<br>    Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOSE VEIZAGA-MENDEZ, M.D. ) <br>     Defendants ) | CIVIL ACTION NO. 05-CV-11294-MEL |

**PLAINTIFF'S ASSENTED MOTION TO EXTEND TIME FOR DEPOSITIONS
AND FOR EXPERT WITNESS DISCLOSURES**

NOW COME THE PLAINTIFFS, and move for an extension of time for disclosure of expert witnesses. The original deadline set at the scheduling conference is April 1, 2007. As reasons for this extension, the plaintiff states as follows:

1. This is a medical negligence case in which the plaintiff alleges negligence in the treatment she received from Jose Veizaga-Mendez, M.D.

2. The original complaint was filed on June 20, 2005

3. On August 25, 2005, the case was transferred to the Suffolk Superior Court for the purpose of a medical malpractice tribunal, which was held on June 29, 2006.

4. At the Federal Scheduling Conference of August 22, 2006, a short discovery calendar was set, with a deadline for depositions of February 28, 2007 (approximately five months).

5. The defendant Jose Veizaga-Mendez, M.D. has answered written discovery, but due to various schedule conflicts including counsel's trial schedules, Dr. Veizaga-Mendez has not yet been deposed.

6. The defendant's originally noticed deposition date of October 24, 2006 was continued at the defendant's request. The defendant Dr. Veizaga-Mendez presently resides in Illinois, and is medically restricted from traveling.

7. Counsel for the parties have been in contact by telephone and are discussing available dates, but have not been able to confirm a date for the deposition of Dr. Veizaga-Mendez.

8. Any expert witness for the plaintiff cannot render a complete opinion until deposition testimony from all defendants has been obtained.

9. The plaintiff requests an additional 180 days to schedule and conduct the defendant's deposition, and an equal 180 day extension to all subsequent deadlines regarding expert witness disclosures, and depositions of designated experts.

10. No prejudice to any party would result from this extension, and a similar extension of the deadline for the defendant's disclosure of expert witnesses.

## **CONCLUSION**

For the foregoing reasons, Plaintiff's Assented Motion for Extension of Time for Depositions and for Expert Witness Disclosures should be allowed.

Respectfully Submitted,

The Plaintiff,
By her attorneys,



  /S/ Barry D. Lang
Barry D. Lang, Esq.
BBO # 565438
Barry D. Lang, M.D. & Associates
1 State Street, Suite 1050
Boston, MA 02109
(617) 720-0176

Assented:

Attorney for the Defendant,
Jose Veizaga-Mendez, M.D.



  /S/ Jennifer Herlihy
Attorney Jennifer Herlihy
BBO # 636815
John Pelletier, Esq.
BBO # 647102
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110
617-423-6674

# BARRY D. LANG, M.D. & ASSOCIATES
### ATTORNEYS AT LAW

ONE STATE STREET, SUITE 1050
BOSTON, MASSACHUSETTS 02109
(617) 720-0176
FACSIMILE (617) 720-1184

January 26, 2007

John Pelletier, Esq.
Adler, Cohen, Harvey, Wakeman & Guekguezian
75 Federal Street
Boston, MA 02110

Re:  *Madalena Teixeira v. Jose E. Veizaga-Mendez, M.D.*
     USDC Civil Action No.: 05-11294 MEL

Dear Attorney Pelletier:

I am in receipt of your letter of January 23, 2007, enclosing six Keeper of Records deposition notices. Please forward to me copies of any documents received pursuant to those notices.

Please contact my office to discuss available dates for the deposition of Dr. Veizaga-Mendes

Thank you for your kind attention to this matter.

Sincerely,

Barry D. Lang, M.D., J.D.

BDL/wfh
Encl.
cc: Kenneth Halpern, Esq.

# ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN

A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

SIDNEY W. ADLER
ELLEN EPSTEIN COHEN
ALEXANDRA B. HARVEY
GEORGE E. WAKEMAN, JR.*
A. BERNARD GUEKGUEZIAN
LAURA BERG SUSICH
MICHAEL F. CONWAY
JENNIFER BOYD HERLIHY*
ERIN M. BROWN
KRISTEN L. CLARKE
JUDITH FEINBERG
BROOKS L. GLAHN
JOHN R. PELLETIER
MICHAEL B. BARKLEY
JENNIFER A. NORTON
E. AMY TUCCI*

*also admitted in RI
*also admitted in CT

September 7, 2006

Barry Lang, Esquire
Barry Lang, M.D. & Associates
One State Street
Boston, MA 02109

Re: Madalena Teixeira vs. Jose E. Veizaga-Mendez, M.D.
Civil Action Number: 05-11294MEL

Dear Attorney Lang:

Pursuant to my telephone conversation with your assistant, Bill Hartsell, please allow this letter to confirm that the deposition of our client, Jose E. Veizaga-Mendez, M.D., scheduled for Tuesday, October 24, 2006 has been postponed upon our request.

We are in the process of obtaining dates from Dr. Mendez.

Thank you for your courtesy with this matter.

Very truly yours,

Jennifer L. Tolley
Legal Assistant to Sidney W. Adler

:jlt

cc: Kenneth Halpern, Esquire