UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MADALENA TEIXEIRA | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 05-11294-MEL |
| v. | ) ) | |
| JOSE E. VEIZAGA-MENEZ, M.D. Defendant | ) ) ) | |

ORDER OF REASSIGMENT

LASKER, S.D.J.

I request that this case be reassigned.

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated August 14, 2007          /s/ George H. Howarth
Boston, Massachusetts             Deputy Clerk