UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11294MEL

|  |  |
|---|---|
| MADALENA TEIXEIRA,<br>  Plaintiff,<br><br>v.<br><br>JOSE E. VEIZAGA-MENDEZ, M.D.,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION OF THE PARTIES TO CONTINUE THE
HEARING DATE SCHEDULED FOR SEPTEMBER 20, 2007**

On September 13, 2007, the parties received electronic notice of "Hearing re status/trial assignment conference: Hearing set for 9/20/2007 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita)." The parties have scheduled a Mediation for only 4 days later on September 24, 2007. The parties **agree** to contact the Clerk to advise if the Mediation is successful or, in the alternative, provide another mutually agreeable date for the Hearing.

WHEREFORE, the parties respectfully request that this Court postpone the Hearing until a further date, **if necessary.**

| | |
|---|---|
| The Defendant,<br>Jose E. Veizaga- Mendez, M.D.,<br>By his attorney, | The Plaintiff,<br>Madeleine Teixeira,<br>By her Attorneys, |
| /s/ Jennifer Boyd Herlihy<br>Jennifer Boyd Herlihy, BBO #636815<br>Adler, Cohen, Harvey, Wakeman<br> & Guekguezian, LLP<br>75 Federal Street, 10th Floor<br>Boston, MA  02110<br>(617) 423-6674 | /s/ Barry Lang<br>Barry Lang, Esq.  BBO #565438<br>Zachary Lang, Esq.  BBO #652055<br>Barry D. Lang, M.D. & Associates<br>One State Street, Suite 1050<br>Boston, MA  02109<br>(617) 720-0176 |