# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MADALENA TEIXEIRA,**
      **Plaintiff,**

              **V**                              **CA 05-11294-JLT**

**JOSE F. VEIZAGA-MENEZ, M.D.**
      **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on September 25, 2007 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within <u>30</u> days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                            **Zita Lovett**
                                                              /s/
                                                            _____
                                                            **Deputy Clerk**

September 26, 2007