UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 05-11294MEL

MADALENA TEIXEIRA,
    Plaintiff,

v.

JOSE E. VEIZAGA-MENDEZ, M.D.,
    Defendants.

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-entitled action and, pursuant to Mass. R. Civ. P. 41(a)(1)(ii), hereby stipulate and agree that all claims asserted in the above-entitled action by all parties, shall be dismissed with prejudice, with each party to bear his or her own costs and attorneys fees, and with all rights of appeal waived.

The Defendant,
JOSE E. VEIZAGA-MENDEZ, M.D.
By his Attorneys,

_____
Jennifer Boyd Herlihy, BBO #636815
John R. Pelletier, BBO #647102
Adler, Cohen, Harvey, Wakeman
 & Guekguezian, LLP
75 Federal Street, 10th Floor
Boston, MA 02110
(617) 423-6674

The Plaintiff,
MADALENA TEIXEIRA,
By her Attorney,

_____
Barry Lang, Esquire
Barry Lang, M.D. & Associates
One State Street
Boston, MA 02109
(617) 720-0176

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/28/07